**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:  Michael M Stupay ) | Case no. 18-02556 |
| Heather M Stupay ) | |
| ) | Chapter 13 |
| ) | |
| Debtors ) | Judge:  Pamela S. Hollis |
| ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Michael M Stupay
Heather M Stupay
1006 Mountain View Drive
Joliet, IL  60432

Geraci Law Llc
55 E Monroe #3400
Chicago,IL 60603

Please take notice that on Friday, March 2, 2018 at 10:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, February 8, 2018.

/s/ Bill Karmia

For:  Glenn Stearns, Trustee

---

**OBJECTION TO DISCHARGE UNDER § 1328 (f)**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests that the discharge of the above referenced Debtors be denied and in support thereof, states the following:

1. On January 30, 2018, the debtors filed a petition under Chapter 13.
2. The Debtors received a Chapter 7 discharge in Case Number 17-03496 filed on February 07, 2017
3. The Debtors Are not entitled to a discharge under § 1328(f) because the Debtors received a Chapter 7 discharge in a case filed within 4 years of the filing of the present case..

WHEREFORE, the Trustee prays that the discharge for the above referenced debtors be denied.

Respectfully Submitted;

/s/  Gerald Mylander

For:  Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888