## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re:                              ) **Case No.:** 18-02556

    **Michael Stupay**                )

    **Heather Stupay**                ) **Chapter:** Chapter 13

        **Debtor(s)**              )

                       ) **Judge:** Honorable Pamela S. Hollis

### NOTICE OF MOTION

**To:**

Michael & Heather Stupay, 1006 Mountain View Drive , Joliet, IL 60432

Stearns, Glenn B., Trustee, 801 Warrenville Rd. Suite 650, Lisle, IL 60532

**PLEASE TAKE NOTICE** that on 4/20/18 at 11.30 a.m. I shall appear before the Honorable **Honorable Pamela S. Hollis in Joliet City Hall 150 W. Jefferson St. 2nd Floor, Joliet, IL 60432** and then and there present the attached **MOTION FOR SUPPLEMENTAL FEES**, a copy of which is attached hereto.

            By:    **/s/ Kristin T. Schindler**
                    Kristin T. Schindler, *Attorney for Debtor(s)*

### CERTIFICATE OF SERVICE

I, **Kristin T. Schindler**, hereby certify that a copy of this Notice along with the aforementioned document was served upon the above parties, by depositing the same in the U.S. Mail at 55 E. Monroe St., Chicago, Illinois, 60603, before 5:30 p.m. on **04/13/2018**, except that the Chapter 13 Trustee was served via electronic notice on such date.

            By:    **/s/ Kristin T. Schindler**
                    Kristin T. Schindler, *Attorney for Debtor(s)*

**Attorneys for the Debtor(s)**
**Prepared by: Kristin T. Schindler**
**Geraci Law L.L.C.**
55 E. Monroe Street #3400
Chicago, IL 60603
(Ph): 312.332.1800     (Fax): 877.247.1960

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-02556 |
| Michael M. Stupay | ) | |
| Heather M. Stupay | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | Joliet |

### ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION
### NOT UNDER THE COURT-APPROVED RETENTION AGREEMENT OR
### UNDER SECTION F.4. OF THE COURT-APPROVED RETENTION AGREEMENT
#### (Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

The attorney hereby certifies that all disclosures required by General Order 11-2 have been made.

**Compensation sought for services in this case:**

$          0

**Reimbursement sought for expenses in this case:**

$          0   for filing fee paid by the attorney with the attorney's funds

$     40.00   for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$     40.00   Total reimbursement requested for expenses.


**Pursuant to Local Rule 5082-2, a completed Form Itemization of time must be attached.**

---

**Funds previously paid to the attorney by or on behalf of debtor(s) for services and expenses in this case to date, including any funds paid pursuant to the Court-Approved Retention Agreement:**

$          0   for services

$          0   for expenses


Date of Application:  4/13/2018          Attorney's signature:  /s/ Kristin Schindler

# **Expenses**

Docket No:          18-02556

Debtor:             Michael & Heather Stupay

| **Expense:** | **Date incurred:** | **Total Charge:** |
|---|---|---|
| Copies | 01/05/2018 – 4/12/2018 | $20 |
| Postage | 01/05/2018 – 4/12/2018 | $20 |

**TOTAL CHARGE:**     **$40.00**