UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    18-02556 |
| | ) | |
| MICHAEL MARK STUPAY, and | ) | Chapter: 13 |
| HEATHER MICHELLE STUPAY | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

## AGREED ORDER MODIFYING PLAN

This cause coming to be heard on Confirmation of the Debtors' Chapter 13 Plan and the Objection of AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL ("GM Financial") thereto, due notice having been given, the parties being in agreement, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Section 3.3 of the Debtors' May 14, 2018 Amended Plan is amended to provide that the secured claim of GM Financial will be paid with interest of 7.5%; and,

2. Section 8.1 of the Plan is amended to add: "GM Financial shall retain its lien until payment of the underlying debt in full as determined under nonbankruptcy law."

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: **JUN 1 5 2018**

Prepared by:
David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

Rev: 20170105_bko